THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes — 1936.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS MORRIS APARTMENTS, INC., Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes — 1937, 1938–39, 1939–40 and 1940–41.)

Argued April 15, 1942; decided April 30, 1942.

*William C. Chanler*, Corporation Counsel (*Arthur A. Segall* and *Mendel Lurie* of counsel), for appellants.

*Abraham J. Halprin*, *Sidney Harris* and *Isidore Sohn* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.